400 A.2d 610

Commonwealth v. Lesko, Appellant.

Petition for Allowance of Appeal Denied March 23, 1979.

Argued December 5, 1978. Christopher M. Cicconi, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.